FAX # 7182602264

Attn:

Judge Allyne R. Ross
U.S. District Court
Eastern District of New York (Brooklyn)
Case # 1:03-CR-01277-ARR-ALL

Subject: "Recovery of my Jamaican Passport"

Honorable Judge,

I am requesting you to recover my Jamaican passport which is last time seen by me in the courthouse in March, 2004. I have completed my sentence in Lexington, Ky on 27th of July 2005. Now I am ready to be departed from Immigration Detention center to Jamaica. Which is so far not done because Immigration don't have my passport. They have already requested New York for passport but so far No Response.

Last time my passport was taken when I was interviewed by FBI, DEA, Prosecutor & my attorney 10 days before my sentence, 3/2004. So please assist me in recovering my passport and send to Immigration Office.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 26 2005 ★
BROOKLYN OFFICE

U.S. Immigration and Naturalization Services
Broadview Service & Staging area
1930 Beach Ave.
Broadview, IL 60155
Ph. # (708) 449-6723 & 2985

I'll be very thankful to you.
Yours Sincerely

Donald Garwood

Donald Garwood
TRI COUNTY DETENTION CENTER
1026 SHAWNEE COLLEGE ROAD